AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Christopher Demeo | ) | Case No.  25-mj-135-01-AJ |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 30, 2025  in the county of  Carroll  in the
District of  New Hampshire , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 875(c) | Interstate communications of a threat to injure the person of another |

This criminal complaint is based on these facts:
Please see the attached affidavit

☒ Continued on the attached sheet.

/s/ Paul Mullen
*Complainant's signature*

Paul Mullen, Special Agent, FBI
*Printed name and title*

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim P. 4.1 and affirmed under oath the content of this complaint and affidavit.

Date: **Aug 1, 2025**

*Judge's signature*

**Andrea K. Johnstone
U.S. Magistrate Judge**

City and state: Concord, New Hampshire
*Printed name and title*