# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Paul Mullen, being duly sworn, declare and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. Since November 2008, I have been employed as a Special Agent of the Federal Bureau of Investigation ("FBI"). I am currently assigned to the Boston Division, Hampton, New Hampshire Resident Agency, working criminal matters, primarily focusing on violent crimes, often in conjunction with other law enforcement officers from local, county, state, and federal agencies throughout the state of New Hampshire and elsewhere. Prior to this, from January 2021 through January 2022, I worked on the FBI New Hampshire Joint Terrorism Task Force, investigating domestic terrorism and violent white supremacy extremists. From October 2017 through January 2021, I worked on and managed the New Hampshire Safe Streets Gang Task Force, investigating firearms violations, drug violations, criminal gangs and organized crime. From February 2016 through October 2017, I was assigned as a Task Force Agent to the Drug Enforcement Administration (DEA), New Hampshire Heroin Strike Force, investigating drug distribution enterprises and overdose death cases. From 2009 through 2015, I worked on counterintelligence and national security matters. Prior to being a Special Agent with the FBI, I was employed for approximately a year as a Trooper with the New Hampshire State Police. I am also an attorney licensed to practice in the State of New Hampshire and State of Maine.

2. The following information is based on my observations during the course of this investigation, and information supplied to me by other law enforcement officers involved in this investigation. The purpose of this affidavit is limited to showing that probable cause exists to support the issuance of an arrest warrant and criminal complaint. Accordingly, while this

affidavit contains all the material information I am aware of that is pertinent to the requested arrest warrant and complaint, it does not include each and every fact known by me or other investigators concerning the investigation. That said, I am not aware of any information that would contradict the information provided here, or to suggest that probably cause does not exist.

## RELEVANT STATUTE

3. Title 18, United States Code, Section 875 provides, in pertinent part:

> Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both.

18 U.S.C. § 875(c).

## PROBABLE CAUSE

4. Based on my training and experience, and the facts set forth in this affidavit, I submit that there is probable cause to believe that CHRISTOPHER MICHAEL DEMEO ("DEMEO") has committed violations of 18 U.S.C. § 875(c).

5. VICTIM 1 is a musician who performs publicly on stage.

6. DEMEO has been harassing and threatening VICTIM 1 for nearly two years via social media and email.

7. On May 12, 2024, VICTIM 1 reported DEMEO to the New York City Police Department for his threatening statements on Instagram and Twitter, including statements about eating her dog.

8. Recently, DEMEO has escalated his communications to direct death threats.

9. VICTIM 1 has blocked DEMEO from social media and e-mail. Thereafter, DEMEO expanded his threats to family members and associates of VICTIM 1 including her

mother ("VICTIM 2"), manager ("VICTIM 3"), and stylist ("VICTIM 4"). DEMEO has also communicated threats to VICTIM 1's bandmates, staff members, and fiancée of a bandmate.

10. On June 8, 2025, VICTIM 1 was scheduled to perform in the Governor's Ball at Flushing Meadows Corona Park in New York.

11. On June 7, 2025, the iCloud account christophermdemeo@icloud.com sent an email to VICTIM 2 stating in relevant part, "you raised fucking whore. A fucking worthless piece of trash. I hope you kill yourself over it. If not I will . . . I have already let the whole wide world know I'm going to kill you . . . If you are still alive before I get to you. I might rape you."

12. On June 7, 2025, VICTIM 3 received a message from the Instagram account kingmaddyjr2 that stated, "I look forward to killing you . . . some mistakes are life and death. YOURS.. your 'wife' too…"

13. On June 7, 2025, the same Instagram account sent a message to VICTIM 4 that stated in relevant part, "So you're the trash.. responsible for her awful looks . . . I will kill you personally, If she doesn't not I will hunt down everyone you know.. be warned. this is a threat."

14. On June 8, 2025, the Moultonborough, New Hampshire police department performed a welfare check on DEMEO in Moultonborough, New Hampshire where DEMEO lives at a residence with his grandparents. Officers noted that DEMEO acted strange and attempted to hide from the officers by lying on the floor. Following the welfare check, the Instagram account kingmadyjr2 sent additional messages to associates of VICTIM 1.

15. On July 17, 2025, I interviewed DEMEO at his grandparent's residence in Moultonborough.

16. DEMEO asked me if the FBI was there because of what happened several weeks ago. When I asked DEMEO what happened several weeks ago, he stated that two police officers broke into his house because he was lying on the floor working out.

17. DEMEO acknowledged to me that he had used or is using the Instagram accounts Kingmaddyjr, kingmaddyjr2, and christophermdeme. DEMEO advised that he accesses Instagram and other social media applications from his phone and that his phone number is 603-401-6562.

18. DEMEO stated that he knew who VICTIM 1 was and that he had seen her at a concert sometime in 2022 and he thinks she looked at him. DEMEO stated that since that time, he believes VICTIM 1 is communicating with him by the words she chooses on her social media posts.

19. I advised DEMEO that VICTIM 1 was not attempting to contact him and did not want him to contact her or her acquaintances, such as VICTIM 2 and VICTIM 3.

20. I explained to DEMEO that the First Amendment right to free speech allowed him to express himself on the Internet and make inflammatory statements, but that he could not directly threaten people.

21. I read DEMEO the e-mail he sent from christophermdemeo@icloud.com to VICTIM 2 on June 7, 2025, and DEMEO cut me off halfway and acknowledged that he understood the nature of the threat, but did not explicitly acknowledge that he used this email to send that message.

22. I advised DEMEO that he must stop contacting and threatening all the individuals associated with VICTIM 1 and that if he did contact them further by e-mail, phone, text, or social

media, then he could be arrested by the FBI and charged with a felony for Interstate Communication of a Threat.

23. On July 30, 2025, VICTIM 2 received a message from the email account christophermdemeo@icloud.com referencing a visit from the FBI. The message stated, "You send the FBI to my house again…I will kill you…your dike ass daughter…your bush family and dumb as singer relative…and erase you all from history." At the time she received the threat, VICTIM 2 was in Sandwich, Massachusetts.

24. On July 30, 2025, VICTIM 3 received a message from the Instagram account christophermdeme which stated, "I'm going to kill you fat fuck…the fbi shows up at my house..using your name and [VICTIM 2]…You're dead you stupid fuck and your wife too!!!!...I will track you down as long as I live and harvest your organs to feed to alligators…Family members relatives…everything."  At the time he received the threat, VICTIM 3 was in Los Angeles, California.

25. Instagram is a service that is owned by Meta Platforms, Inc. ("Meta"). Data, including messages, that is sent using Instagram routes through servers that are located at data centers operated by Meta. Meta does not have any data centers located within New Hampshire.[1] Therefore, any message that is sent using Instagram from New Hampshire travels through a data center that is outside of New Hampshire and travels in interstate commerce.

26. On July 31, 2025, officers from the Moultonborough Police Department performed a welfare check on DEMEO.  DEMEO's grandparents told officers that DEMEO has

---

[1] *See* Global (Asia, Europe, U.S.) – Meta Data Centers, https://datacenters.atmeta.com/all-locations/ (last accessed on August 1, 2025).

not left the house and had been at the house the previous day. DEMEO also told officers that he had not left his residence the previous day.

## CONCLUSION

27.    Based on the information described above, there is sufficient probable cause to show that Christopher DEMEO has committed an interstate communication of a threat in violation of Title 18, United States Code, Section 875. Accordingly, I request that this Honorable Court issue a Complaint and Arrest Warrant for Christopher DEMEO.

/s/ Paul Mullen
Paul Mullen, Special Agent
Federal Bureau of Investigation

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim. P. 4.1 and affirmed under oath the content of this affidavit and application.

Date: Aug 1, 2025

Time: 3:36 PM, Aug 1, 2025

United States Magistrate Judge
District of New Hampshire