IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | Cr. No. 25-mj-135-AJ |
| | ] | |
| CHRISTOPHER DEMEO | ] | |

### ASSENTED-TO REQUEST FOR STATUS CONFERENCE

Counsel for Mr. Demeo requests the Court to schedule a status conference in this matter.
Grounds follow:

1.  Mr. Demeo was arrested and charged by complaint for interstate threats.

2.  Mr. Demeo is released on conditions pending trial and is currently supervised by

    Officer Matthew Senesi.

3.  Several motions to extend the period for indictment have been filed.  These

    extensions allowed sufficient time for a defense expert to conduct an evaluation of

    Mr. Demeo.  This evaluation recently has been shared with the government.

4.  The parties request a status conference with the Court to outline the progress of the

    case and to discuss future events that may necessitate extensions.

5.  The government assents to scheduling a status conference hearing.

WHEREFORE, Mr. Demeo requests this Court:

(a) To schedule a status conference.

Respectfully submitted,

*/s/ Dorothy E. Graham*
Dorothy E. Graham
NH Bar # 11292
Assistant Federal Public Defender
Dorothy_graham@fd.org

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document was served on the following person on May 26, 2026, and in the manner specified herein: electronically served through CM/ECF to AUSA Yasir Sadat.
.

/s/ Dorothy E. Graham____
Dorothy E. Graham

2